AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Research Institute at Nationwide Children's Hospital, <br> *Plaintiff* <br> v. <br> Avalon Globocare Corp., et al., <br> *Defendants* | ) ) ) ) ) ) ) |

Civil Action No. 2:19-cv-4574

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** The Court grants the parties' Joint Motion to Dismiss. All claims by RINCH against Avalon Defendants are dismissed with prejudice. All claims asserted by the Avalon Defendants against Third-party Defendant Yu Zhou and Crossclaim Defendant Li Chen are dismissed without prejudice. This action is hereby dismissed.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for _____

Date: 6/14/2022

CLERK OF COURT

*Theresa J. B...*

Signature of Clerk or Deputy